**DISMISS and Opinion Filed February 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01153-CV**

**CUNNINGTON KOROSO KOO, Appellant**
**V.**
**THERESA MONEAL TILLMAN, Appellee**

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-57452-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

By letter filed January 24, 2023, Collin County District Clerk Michael Gould informs the Court that his office received an email from appellant stating he did not intend to file this appeal and asking the appeal be withdrawn. Attached to the letter is a copy of the email, which was sent November 1, 2022.

We note that since filing the notice of appeal on October 26, 2022, appellant has taken no steps to prosecute the appeal. We also note that appellant was copied on the January 24th letter and has not filed any response. Accordingly, we construe

appellant's email as a motion to dismiss, grant the motion, and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a).

/Robert D. Burns, III/

ROBERT D. BURNS, III

221153F.P05

CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CUNNINGTON KOROSO KOO,
Appellant

No. 05-22-01153-CV     V.

THERESA MONEAL TILLMAN,
Appellee

On Appeal from the 468th Judicial District Court, Collin County, Texas Trial Court Cause No. 468-57452-2021.
Opinion delivered by Chief Justice Burns, Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Theresa Moneal Tillman recover her costs, if any, of this appeal from appellant Cunnington Koroso Koo.

Judgment entered this 17th day of February 2023.